IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Colleen Hynan,<br><br>　　　　　Plaintiff,<br>　v.<br><br>RIDGID ONLINE INC., et al.,<br><br>　　　　　Defendants. | No. C-15-0904 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND ANSWER** |

　　　On March 24, 2015, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, filed February 27, 2015, and the Answer, filed March 6, 2015.

　　　**IT IS SO ORDERED.**

Dated: April 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge