1  Alan J. Jang (SBN 83409)
   Jennifer A. Stewart (SBN 127812)
2  **Jang & Associates, LLP**
   1766 Lacassie Avenue, Suite 200
3  Walnut Creek, California 94596
   Telephone: (925) 937-1400
4  Facsimile: (925) 937-1414
5  *ajang@janglit.com*
   *jstewart@janglit.com*
6
   Attorneys for Plaintiff
7  CSAA INSURANCE EXCHANGE
   as subrogee of Colleen Hynan
8

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

Dated: May 27, 2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Colleen Hynan,<br><br>Plaintiff,<br><br>vs.<br><br>RIDGID ONLINE, INC.; EMERSON ELECTRIC, CO.; HOME DEPOT U.S.A., INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 15-cv-00904-MMC<br>Honorable United States District Judge Maxine M. Chesney<br><br>**NOTICE OF SETTLEMENT**<br><br>DISC. CUT-OFF:  5/31/16<br>PRE-TRIAL:  7/19/16<br>TRIAL:  8/1/16 |

TO THE COURT:

    Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30days in which to file the dismissal.

DATE: May 26, 2016        JANG & ASSOCITES, LLP

                                      Jennifer A. Stewart,
                                      Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE