Alan J. Jang (SBN 83409)
Jennifer A. Stewart (SBN 127812)
**Jang & Associates, LLP**
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone: (925) 937-1400
Facsimile: (925) 937-1414
*ajang@janglit.com*
*jstewart@janglit.com*

Attorneys for Plaintiff
CSAA INSURANCE EXCHANGE
as subrogee of Colleen Hynan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Colleen Hynan,<br><br>Plaintiff,<br><br>vs.<br><br>RIDGID ONLINE, INC.; EMERSON ELECTRIC, CO.; HOME DEPOT U.S.A., INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 15-cv-00904-MMC<br>HONORABLE UNITED STATES DISTRICT JUDGE MAXINE M. CHESNEY<br><br>**ORDER APPROVING**<br>**STIIPULATION TO DISMISS ACTION**<br><br>TRIAL DATE: August 1, 2016 |

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Date: June 15, 2016

JANG & ASSOCIATES, LLP

_____
Jennifer A. Stewart (SBN 127812),
Attorneys for Plaintiff, CSAA
INSURANCE EXCHANGE

STIPULATION TO DISMISS ACTION

1

Date: June 15, 2016

LEWIS BRISBOIS BISGAARD
AND SMITH, LLP

_____
James P. McDonald (SBN 281804)
Attorneys for defendants, RIDGID ONLINE, INC.;
EMERSON ELECTRIC CO.; AND HOME
DEPOT U.S.A., INC.

Upon the Stipulation for Dismissal with prejudice filed herein by the above-named plaintiff and the above named defendants, and the Court having examined said Stipulation and being fully advised in the premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the complaint with prejudice, and that the court further finds that all costs have been paid

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the complaint for plaintiff against defendants be and the same is hereby dismissed with prejudice

DATE: June 17, 2016

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS ACTION